# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 20 C 6359 |
| v. | ) ) | Judge Gettleman |
| | ) | Magistrate Judge McShain |
| VIP LABS LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Able Home Health, LLC respectfully informs the Court that the parties have reached an individual settlement in this matter. Plaintiff anticipates filing a notice of dismissal requesting the Court to retain jurisdiction for several months by February 1, 2021.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Heather Kolbus, hereby certify that on December 10, 2020, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, and to be served via U.S. Mail and email to the following:

Mark A. Silver
Dentons US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
mark.silver@dentons.com

            s/ Heather Kolbus
            Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)