IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 6359 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | Magistrate Judge McShain |
| VIP LABS LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Able Home Health, LLC voluntarily dismisses its individual claims against Defendant VIP Labs LLC without prejudice, without costs and with leave to reinstate through and including June 30, 2021. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against Defendant VIP Labs LLC without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs. Plaintiff respectfully requests that the Court retain jurisdiction to enforce the parties' settlement agreement.

        Respectfully submitted,

        */s/ Heather Kolbus*
        Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Heather A. Kolbus
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Heather Kolbus, hereby certify that on February 1, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to all counsel of record.

I further certify that I caused a true and accurate copy of the foregoing document to be served via U.S. Mail and email to the following:

Mark A. Silver
Dentons US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
mark.silver@dentons.com

                                       */s/Heather Kolbus*
                                       Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Heather A. Kolbus
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)